NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3112

FRANCISCO JARDIM,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Daniel M. Kininmonth, Law Offices of Daniel M. Kininmonth, of Louisville, Kentucky, argued for petitioner.

David S. Silverbrand, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief was Steven A. Edwards, Attorney, United States Department of the Army, of Fort Knox, Kentucky.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3112

FRANCISCO JARDIM,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

# Judgment

ON APPEAL from the     MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).     CH0752080147-I-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN and MOORE, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed.Cir.R.36.

ENTERED BY ORDER OF THE COURT

DATED <u>October 14, 2009</u>      <u>/s/ Jan Horbaly</u>

                                              Jan Horbaly, Clerk